# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST, | No. 2:19-CV-2579-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ALI, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for clarification. See ECF No. 9. Plaintiff seeks guidance from the court regarding orders he has received in this case (Foust I) as well as what was an identical pending case – Foust v. Ali, et al., 2:20-CV-0155-CKD (Foust II). A review of the dockets in both cases reflects that Foust II has been dismissed and plaintiff's complaint in that case has been docketed as a first amended complaint in Foust I. Foust II has been closed and no deadlines are pending. Plaintiff's first amended complaint filed in Foust I will be addressed by separate order.

/ / /
/ / /
/ / /
/ / /

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for clarification (ECF No. 9) is granted to the extent the court's orders have been further explained herein.

Dated: February 13, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE