**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL FOUST,<br><br>    Plaintiff,<br><br>    v.<br><br>ALI, et al.,<br><br>    Defendants. | No. 2:19-CV-2579-DMC-P<br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's filing, ECF No. 33, which has been docketed as a request for information. Plaintiff states:

> I would like to know if and when CMF [California Medical Facility] is getting cameras. Therefore, I wouldn't be doing time for something I didn't do. . . .

<u>Id.</u> at 1.

To the extent Plaintiff wants to know if the prison will be getting cameras in the future, whether that happens or not is irrelevant to the claims in this case, which concern alleged events in the past. If Plaintiff is seeking information about whether there were cameras at the time of the events alleged in the complaint, he may seek that information from Defendants through the discovery process once the Court determines this action is appropriate for service and Defendants have filed an answer.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request at ECF No. 33 is construed as a motion; and
2. So construed, Plaintiff's motion is denied.

Dated:  April 12, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE