IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>        Plaintiff,<br><br>    v.<br><br>ALI, et al.,<br><br>        Defendants. | No. 2:19-CV-2579-JAM-DMC-P<br><br><br><u>ORDER</u> |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request, ECF No. 45, for copies of all his filings from January 1, 2020, up to the date his request was filed on May 6, 2021. Plaintiff's request is denied without prejudice to re-filing accompanied by payment in an amount totaling $0.50 per page of copies requested.

        IT IS SO ORDERED.

Dated: September 14, 2021

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE