IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>        Plaintiff,<br><br>   v.<br><br>ALI, et al.,<br><br>        Defendants. | No. 2:19-CV-2579-JAM-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's filing, ECF No. 76, which has been docketed as a motion for reconsideration of the Court's September 14, 2021, order denying Plaintiff's request for copies of documents in the Court's file. While Plaintiff's motion recites the Court's prior order and discusses copies of documents, Plaintiff does not specifically seek reconsideration of the prior order or otherwise seek any other relief.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to terminate Plaintiff's filing at ECF No. 76 as a pending motion.

Dated:  October 26, 2021

                                                     DENNIS M. COTA
                                                   UNITED STATES MAGISTRATE JUDGE