**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL FOUST,<br><br>            Plaintiff,<br><br>     v.<br><br>ALI, et al.,<br><br>            Defendants. | No.  2:19-CV-2579-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are Plaintiff's requests, ECF Nos. 101 and 106, which the Court construes as motions for a video conference.

In his motion at ECF No. 101, Plaintiff appears to seek an ex parte conference to discuss his medical issues.  In his motion at ECF No. 106, Plaintiff seeks an ex parte conference to discuss alleged retaliation by prison officials.  Plaintiff's motions are denied because neither underlying issue is before the Court on proper motion.  Even if these issues were properly before the Court, Plaintiff's motions are denied because the local rules provide that motions in prisoner

/ / /

/ / /

/ / /

/ / /

1

cases are decided on the record without oral argument.  Finally, Plaintiff's motions are denied to the extent he seeks ex parte communication with the Court.

        IT IS SO ORDERED.

Dated:  January 28, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2