# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALI, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-2579-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's third amended complaint, ECF No. 99, filed on January 3, 2022.

Plaintiff initiated this action with the filing of his original complaint on December 20, 2019. Thereafter, on January 21, 2020, Plaintiff filed a first amended complaint as of right under Federal Rule of Civil Procedure 15. The Court dismissed the first amended complaint with leave to amend and this action now proceeds on Plaintiff's second amended complaint filed on August 19, 2021. The third amended complaint filed on January 3, 2022, was filed absent stipulation or leave of Court and, as such, is stricken.

/ / /

/ / /

/ / /

1    IT IS SO ORDERED.

3    Dated:  January 28, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE