IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL FOUST,** | Case No. 2:19-cv-02579 JAM DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **ALI, et al.,** | |
| Defendants. | |

Good cause appearing, Sergeant Ali's request for an extension of time to file a responsive pleading is **GRANTED**. Sergeant Ali shall file a responsive pleading to the Second Amended Complaint no later than Friday, April 15, 2022.

**IT IS SO ORDERED**.

Dated: February 2, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1