IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST, | No. 2:19-CV-2579-DAD-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ALI, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's second motion, ECF No. 150, for an extension of time to file an opposition to Defendant Ali's motion to dismiss. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to recent surgery on his left eye which occurred on or about August 17, 2022, Plaintiff's motion is granted. Plaintiff's opposition is due within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: August 30, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1